IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01173-ZLW

BOB KETCHUM, also known as
KENT NORMAN, also know as
ROBERT KETCHUM, also known as
ROBERT H. KETCHUM, also known as
R.H. KETECHUM, also known as
KENT C. NORMAN, also known as
KENT CHARLES NORMAN,

        Plaintiff,

v.

PUEBLO POLICE DEPARTMENT,
OFFICER LANCE FITZGERALD,
SERVIICES BUREAU COMM. #205,
PUEBLO CRIME STOPPERS, and
DOES ONE THROUGH THIRTY THREE,

        Defendants.

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

        Plaintiff submitted a Notice of Appeal on May 26, 2010. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
       <u> X </u>   is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
       <u> X </u>   is not submitted
       <u>   </u>   is not on proper form (must use the court's current form)
       <u>   </u>   is missing original signature by plaintiff/petitioner on motion

    __ is missing affidavit
    __ affidavit is incomplete
    __ is missing original signature by plaintiff/petitioner on affidavit
    __ affidavit is not notarized or is not properly notarized
    __ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this __8th__ day of __June__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court